IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  CASE NO. 5:25-CR-12 (MTT) |
| | ) |
| CESAR MARTINEZ-TORRES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The defendant, by and through his attorney, has moved to continue this case until the next trial term.  Doc. 16.  The government does not oppose the motion.  *Id.* at 1.

Having considered the grounds for the motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 16) is **GRANTED**.  The case is continued from the June term until the Court's next trial term presently scheduled for **July 21, 2025**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of April, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT